OCTOBER 1, 1991

No. 88–1403.   AIR LINE PILOTS ASSN. ET AL. *v.* EASTERN AIR LINES, INC.   C. A. D. C. Cir.   Certiorari dismissed as to petitioner International Association of Machinists & Aerospace Workers under this Court's Rule 46.

OCTOBER 4, 1991

No. 90–1862.   EDAP, S. A. *v.* RICHARD WOLF GMBH ET AL. C. A. Fed. Cir.   Certiorari dismissed under this Court's Rule 46.